In the Matter of the Petition of MICHAEL CASEY, Respondent, *v.* THE MAYOR, Etc., OF THE CITY OF NEW YORK, Appellant.

Appeal from an order vacating an assessment for setting out the gutter stones on First avenue, from Sixty-fifth to Eighty-sixth streets, in the city of New York.

The General Term, in this case, reaffirmed the doctrine laid down in *Matter of Peugnet* (*ante*, p. 434), that the certificate of the commissioners, appointed under chapter 580, Laws of 1872, cured any irregularity in the making of the contract; but set aside this assessment on the ground that the commissioners of assessment had omitted from the assessment roll one block, which should have been included therein.

*Wm. Barnes*, for appellant. *T. F. Neville*, for respondent.

Opinion by Daniels, J. Davis, P. J., and Brady, J., concurred.

Order affirmed, with ten dollars costs and disbursements, and proceedings remitted to the board of assessors, for the purpose of having a new and corrected assessment made, as required by section 5, chapter 338, of Laws of 1858.